IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEVERLY M. TILLMAN,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **CIVIL ACTION 06-0156-KD-B** |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), dated March 5, 2007, is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff's counsel be and is hereby **AWARDED** an EAJA fee in the amount of $1,462.50.

**DONE** this 27th day of March, 2007.

 s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**